# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KEVIN** and **HANNAH COLE,**
Appellants,

v.

**BENJAMIN HOWARD** and **VILLA OCEANA, INC.,**
Appellees.

No. 4D20-367

[June 18, 2020]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE17-010848.

Lamont Mignott of Mignott Law, P.A., Miami, for appellants.

Philippe Symonvicz, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***